**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| HEATHER LEIGH MAHER, | ) | Case No: | 25-02334 |
| | ) | | |
| Debtor. | ) | Judge: | Donald R Cassling |

**NOTICE OF TRUSTEE'S MOTION TO EMPLOY ATTORNEYS**

To:   See attached Service List.

PLEASE TAKE NOTICE THAT ON **June 24, 2025 at 9:30 a.m.,** I will appear before the **Honorable Judge Donald R. Cassling**, or any Judge sitting in that judge's place, either in courtroom **619** of the **Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604**, or electronically as described below, and present the attached *Trustee's Motion to Employ Attorneys*, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**The Meeting ID** for this hearing is **161 414 7941** and the password is **619**. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/ Thomas E. Springer
Attorney for Trustee

Thomas E. Springer
Springer Larsen, LLC
300 S. County Farm Road, Suite G
Wheaton, IL 60187
630-510-0000
tspringer@springerbrown.com

# **CERTIFICATE OF SERVICE**

I, ElaineKarch,

[]an attorney, certify

- or –

[X ] a non-attorney, declare under penalty of perjury under the laws of the United States of America.

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on **June 17, 2025**, at 5:30 p.m.

/s/Elaine Karch

**SERVICE LIST**

**ECF Service:**
*All parties entitled to ECF Notification through the U.S. Bankruptcy Court, Northern District of Illinois, including but limited to:*

**ECF Service:**

Adam Brief, Esq.
Acting United States Trustee
219 South Dearborn Street
8th Floor
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076


US Mail

Heather Leigh Maher
1730 N Normandy Ave
Chicago, IL 60707

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| HEATHER LEIGH MAHER, | ) | Case No: | 25-02334 |
| | ) | | |
| Debtor. | ) | Judge: | Donald R Cassling |

## TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY ATTORNEYS

NOW COMES the Trustee, THOMAS E. SPRINGER (herein "Trustee"), and moves this Court pursuant to 11 U.S.C. §327(a) and Federal Rule of Bankruptcy Procedure (FRBP) 2014 for the entry of an Order authorizing the employment of Thomas E. Springer and the law firm of SPRINGER LARSEN, LLC, as his attorneys. In support of this Motion, Trustee respectfully states to this Court as follows:

1. On February 17, 2025 the Debtor filed her petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Code") under 11 U.S.C. §101 et. seq.

2. Trustee Thomas E. Springer was appointed as Trustee and concluded the Creditor Meeting pursuant to section 341 of the Code.

3. Pursuant to 11 U.S.C. §327, the Trustee may employ one or more attorneys to assist in the administration of the Bankruptcy Estate.

4. Trustee wishes to employ Thomas E. Springer, and the law firm of SPRINGER LARSEN, LLC, to act as Trustee's counsel in these proceedings.

5. As evidenced by the attached Affidavit, Thomas E. Springer and the law firm SPRINGER LARSEN, LLC, have no connection with any creditor or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, or any other known party related to this bankruptcy estate or these proceedings except where indicated on the supporting Affidavits.

6. Thomas E. Springer and the law firm SPRINGER LARSEN, LLC, are disinterested parties to this proceeding and do not hold or represent any interest adverse to this estate.

7. Thomas E. Springer and the law firm SPRINGER LARSEN, LLC, have considerable experience in bankruptcy and bankruptcy related matters and are well qualified to represent the trustee in this case. Accordingly, SPRINGER LARSEN, LLC, will render professional services to the Trustee as follows:

    a. to advise and consult with the Trustee regarding the assets of the Debtor and how to pursue those assets;

    b. to prepare the necessary applications, complaints, answers, orders, reports, related pleadings and other legal papers and to appear before the Court regarding such matters as well as to prepare the necessary orders relative to those matters;

    c. to prepare, file and prosecute any and all actions to recover property of the estate and to perform all necessary functions related to execution of this Court's Orders;

    d. to perform any and all legal services that may be required from time to time during the administration of the estate herein.

8. Any compensation paid to SPRINGER LARSEN, LLC, shall be subject to prior approval of this Court, pursuant to appropriate application, notice and hearing. At the time of the filing of this Application and Motion, the hourly rates for the respective attorneys in the applicant Law Firm are as follows:

| Thomas E. Springer | $475/hr. (2025) |
|---|---|
| Richard G. Larsen | $465/hr. (2025) |
| Michele M. Springer | $465/hr. (2025) |

9. The above listed hourly rates are current as of the filing of this Motion seeking approval of employment by the Trustee. Any change to the referenced hourly rates or attorneys added to the Law Firm subsequent to this motion pursuant to FRBP 2014(b) shall be accordingly

delineated and listed in any subsequent Motion seeking approval of compensation before the Court.

**WHEREFORE,** for the foregoing reasons, Trustee Thomas E. Springer prays for the entry of an Order authorizing him to employ Thomas E. Springer and the law firm of SPRINGER LARSEN, LLC, as counsel to the Trustee; and for such other and further relief as this Court deems just and equitable.

                                                        Respectfully Submitted,
                                                        Thomas E. Springer, Trustee

                                                        By:   /s/Thomas E. Springer
                                                               One of his Attorneys

Thomas E. Springer
Springer Larsen, LLC
Wheaton Office Center
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com